SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01109−AB

STOECKLE et al v. C.R. BARD, INC. et al
Assigned to: HONORABLE ANITA B. BRODY
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/05/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JANET L. STOECKLE**

represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALLAN L. STOECKLE**

represented by **DANIEL N. GALLUCCI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.**

represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 946534.), filed by JANET L. STOECKLE, ALLAN L. STOECKLE.(ks, ) (Entered: 03/05/2008) |

| | | |
|---|---|---|
| 03/05/2008 | " | 2 Summonses Issued as to C.R. BARD, INC., DAVOL, INC.. Forwarded To: Counsel on 3/5/08 (ks, ) (Entered: 03/05/2008) |
| 03/05/2008 | " | DEMAND for Trial by Jury by JANET L. STOECKLE, ALLAN L. STOECKLE. (ks, ) (Entered: 03/05/2008) |
| 04/07/2008 | " 2 | SUMMONS Returned Executed by JANET L. STOECKLE and ALLAN L. STOECKLE re: JAMES F. MALLINSON served Summons and Complaint upon DAVOL, INC. by PERSONAL SERVICE on 3/21/08, answer is due on 4/10/08. THOMAS CREAN, JR. served Summons and Complaint upon C.R. BARD, INC. on 3/20/2008, answer is due by 4/9/2008; (ah) (Entered: 04/07/2008) |
| 04/10/2008 | " 3 | ANSWER to 1 Complaint together with and Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/10/2008) |
| 04/15/2008 | " 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by C.R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/15/2008) |
| 04/15/2008 | " 5 | Certified Copy of Order from the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION transferring case to the U.S. DISTRICT COURT OF RHODE ISLAND. (ah) (Entered: 04/16/2008) |